## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

REA Investments, LLC,                           Case No. 23-cv-1159 (PJS/JFD)

        Plaintiff,

v.                                                              **ORDER**

Novel Energy Solutions, LLC,

        Defendant.

---

The Complaint in this matter was filed on April 25, 2023.  A Summons was returned executed on May 16, 2023 showing service occurred on Defendant on May 8, 2023.  More than 21 days have elapsed since the Summons and Complaint were served on Defendant, and no appearance has been entered by Defendant.  The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for Plaintiff is directed to:

1.  Notify Defendant or its counsel immediately that they are required to answer or otherwise respond to the Complaint <u>or</u> submit a stipulation for an extension of time to answer or otherwise respond within 10 days of this Order.

2.  File the above notice in CM/ECF; and

3.  If no answer or other response is filed by Defendant within 21 days of this Order, Plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within 30 days of the date of this Order.  Once default is entered by the Clerk of Court, Plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

4.  Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure

to prosecute.

Dated:  June 5, 2023                    *s/  John F. Docherty*
                                        JOHN F. DOCHERTY
                                        United States Magistrate Judge