UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| REA INVESTMENTS, LLC, | Case File No. 23-CV-1159 (PJS/JFD) |
| Plaintiff, | |
| v. | |
| NOVEL ENERGY SOLUTIONS, LLC, | |
| Defendant. | |

---

| | |
|---|---|
| RM-REA TCF, LLC, | Case File No. 25-CV-3457 (NEB/DJF) |
| Plaintiff, | |
| v. | |
| NOVEL INVESTMENTS HOLDCO LLC, | |
| Defendant. | |

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 23-CV-1159 (PJS/JFD) having been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge John F. Docherty, and Case No. 25-CV-3457 (NEB/DJF) having later been assigned to Judge Nancy E. Brasel and Magistrate Judge Dulce J. Foster, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-CV-3457 (NEB/DJF) be assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge John F. Docherty, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: September 8, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court

Dated: September 8, 2025

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge