# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

REA Investments, LLC,                     Case No. 23-cv-1159 (PJS/JFD)

               Plaintiff-Counter Defendant,

v.

Novel Energy Solutions, LLC,              **LIST OF ADMITTED EXHIBITS**

               Defendant-Counter Plaintiff.

Plaintiff and Counter Defendant REA Investments, LLC ("REA" or "Plaintiff") and Defendant and Counter Plaintiff Novel Energy Solutions, LLC ("Novel" or "Defendant") (collectively the "Parties") by and through their undersigned counsel, hereby declare the following exhibits as admitted:

| | | |
|---|---|---|
| P-0004 | P-0031 | P-0058 |
| P-0005 | P-0032 | P-0059 |
| P-0006 | P-0033 | P-0060 |
| P-0007 | P-0034 | P-0061 |
| P-0008 | P-0035 | P-0062 |
| P-0009 | P-0036 | P-0063 |
| P-0010 | P-0037 | P-0064 |
| P-0011 | P-0038 | P-0065 |
| P-0012 | P-0039 | P-0066 |
| P-0013 | P-0040 | P-0069 |
| P-0015 | P-0041 | P-0070 |
| P-0016 | P-0042 | P-0071 |
| P-0017 | P-0043 | P-0072 |
| P-0018 | P-0044 | P-0073 |
| P-0019 | P-0045 | P-0074 |
| P-0020 | P-0046 | P-0075 |
| P-0021 | P-0047 | P-0076 |
| P-0022 | P-0048 | P-0077 |
| P-0023 | P-0049 | P-0078 |
| P-0024 | P-0050 | P-0079 |

| | | |
|---|---|---|
| P-0025 | P-0052 | P-0080 |
| P-0026 | P-0053 | P-0081 |
| P-0027 | P-0054 | P-0082 |
| P-0028 | P-0055 | P-0083 |
| P-0029 | P-0056 | P-0084 |
| P-0030 | P-0057 | P-0085 |
| P-0086 | P-0134 | P-0180 |
| P-0087 | P-0135 | P-0181 |
| P-0088 | P-0136 | P-0182 |
| P-0089 | P-0137 | P-0183 |
| P-0090 | P-0138 | P-0184 |
| P-0093 | P-0139 | P-0185 |
| P-0094 | P-0140 | P-0186 |
| P-0095 | P-0141 | P-0187 |
| P-0096 | P-0142 | P-0188 |
| P-0097 | P-0143 | P-0189 |
| P-0099 | P-0144 | P-0190 |
| P-0100 | P-0145 | P-0191 |
| P-0102 | P-0146 | P-0192 |
| P-0103 | P-0147 | P-0193 |
| P-0104 | P-0148 | P-0194 |
| P-0105 | P-0149 | P-0195 |
| P-0106 | P-0150 | P-0196 |
| P-0107 | P-0151 | P-0197 |
| P-0108 | P-0152 | P-0198 |
| P-0109 | P-0153 | P-0199 |
| P-0110 | P-0154 | P-0200 |
| P-0111 | P-0155 | P-0201 |
| P-0112 | P-0156 | P-0202 |
| P-0113 | P-0157 | P-0203 |
| P-0114 | P-0158 | P-0204 |
| P-0115 | P-0159 | P-0205 |
| P-0116 | P-0160 | P-0206 |
| P-0117 | P-0161 | P-0207 |
| P-0118 | P-0162 | P-0208 |
| P-0119 | P-0163 | P-0209 |
| P-0120 | P-0164 | P-0210 |
| P-0121 | P-0165 | P-0211 |
| P-0122 | P-0166 | P-0212 |
| P-0123 | P-0167 | P-0213 |
| P-0124 | P-0168 | P-0214 |
| P-0125 | P-0169 | P-0215 |

| | | |
|---|---|---|
| P-0126 | P-0170 | P-0216 |
| P-0127 | P-0171 | P-0217 |
| P-0128 | P-0172 | P-0218 |
| P-0129 | P-0173 | P-0219 |
| P-0130 | P-0174 | P-0220 |
| P-0131 | P-0175 | P-0221 |
| P-0132 | P-0176 | P-0222 |
| P-0133 | P-0177 | P-0223 |
| P-0224 | P-0268 | P-0314 |
| P-0225 | P-0269 | P-0315 |
| P-0226 | P-0270 | P-0316 |
| P-0227 | P-0271 | P-0317 |
| P-0228 | P-0272 | P-0318 |
| P-0229 | P-0273 | P-0319 |
| P-0230 | P-0274 | P-0320 |
| P-0231 | P-0275 | P-0321 |
| P-0232 | P-0276 | P-0322 |
| P-0233 | P-0277 | P-0323 |
| P-0234 | P-0278 | P-0324 |
| P-0235 | P-0279 | P-0325 |
| P-0236 | P-0280 | P-0326 |
| P-0237 | P-0281 | P-0327 |
| P-0238 | P-0282 | P-0328 |
| P-0239 | P-0284 | P-0329 |
| P-0240 | P-0286 | P-0330 |
| P-0241 | P-0287 | P-0331 |
| P-0242 | P-0288 | P-0332 |
| P-0243 | P-0289 | P-0333 |
| P-0244 | P-0290 | P-0334 |
| P-0245 | P-0291 | P-0335 |
| P-0246 | P-0292 | P-0336 |
| P-0247 | P-0293 | P-0337 |
| P-0248 | P-0294 | P-0338 |
| P-0249 | P-0295 | P-0339 |
| P-0250 | P-0296 | P-0340 |
| P-0251 | P-0297 | P-0341 |
| P-0252 | P-0298 | P-0342 |
| P-0253 | P-0299 | P-0343 |
| P-0254 | P-0300 | P-0344 |
| P-0255 | P-0301 | P-0345 |
| P-0256 | P-0302 | P-0346 |
| P-0257 | P-0303 | P-0347 |

| | | |
|---|---|---|
| P-0258 | P-0304 | P-0348 |
| P-0259 | P-0305 | P-0349 |
| P-0260 | P-0306 | P-0350 |
| P-0261 | P-0307 | P-0351 |
| P-0262 | P-0308 | P-0352 |
| P-0263 | P-0309 | P-0353 |
| P-0264 | P-0310 | P-0354 |
| P-0265 | P-0311 | P-0355 |
| P-0266 | P-0312 | P-0356 |
| P-0267 | P-0313 | P-0357 |
| P-0358 | P-0405 | P-0542 |
| P-0359 | P-0406 | P-0543 |
| P-0360 | P-0407 | P-0544 |
| P-0362 | P-0408 | P-0545 |
| P-0363 | P-0409 | P-0546 |
| P-0364 | P-0410 | P-0547 |
| P-0365 | P-0411 | P-0548 |
| P-0366 | P-0412 | P-0549 |
| P-0367 | P-0413 | P-0553 |
| P-0368 | P-0414 | P-0554 |
| P-0369 | P-0415 | P-0555 |
| P-0370 | P-0418 | P-0556 |
| P-0371 | P-0436 | P-0557 |
| P-0372 | P-0445 | P-0558 |
| P-0373 | P-0453 | P-0559 |
| P-0374 | P-0460 | P-0560 |
| P-0375 | P-0506 | P-0561 |
| P-0376 | P-0507 | P-0562 |
| P-0377 | P-0513 | P-0565 |
| P-0378 | P-0514 | P-0566 |
| P-0379 | P-0515 | P-0567 |
| P-0381 | P-0516 | P-0568 |
| P-0382 | P-0517 | P-0569 |
| P-0383 | P-0518 | P-0570 |
| P-0384 | P-0519 | P-0571 |
| P-0385 | P-0520 | P-0574 |
| P-0386 | P-0521 | P-0576 |
| P-0387 | P-0522 | P-0577 |
| P-0388 | P-0523 | P-0578 |
| P-0389 | P-0524 | P-0579 |
| P-0390 | P-0525 | P-0581 |
| P-0391 | P-0526 | P-0582 |

| | | |
|---|---|---|
| P-0392 | P-0527 | P-0583 |
| P-0393 | P-0528 | P-0584 |
| P-0394 | P-0529 | P-0585 |
| P-0395 | P-0530 | P-0586 |
| P-0396 | P-0531 | P-0587 |
| P-0397 | P-0532 | P-0589 |
| P-0398 | P-0533 | P-0590 |
| P-0399 | P-0534 | P-0592 |
| P-0400 | P-0537 | P-0593 |
| P-0401 | P-0538 | P-0597 |
| P-0402 | P-0539 | P-0598 |
| P-0403 | P-0540 | P-0599 |
| P-0404 | P-0541 | |
| P-0600 | | |
| P-0601 | | |
| P-0603 | | |
| P-0605 | | |
| P-0606 | | |
| P-0607 | | |
| P-0611 | | |
| P-0612 | | |
| P-0613 | | |
| P-0614 | | |
| P-0615 | | |
| P-0616 | | |
| P-0617 | | |
| P-0618 | | |
| P-0625 | | |
| P-0630 | | |
| P-0631 | | |
| P-0632 | | |
| P-0633 | | |
| P-0637 | | |
| P-0638 | | |
| P-0647 | | |
| P-0671 | | |
| P-0672 | | |
| P-0677 | | |

| | | |
|---|---|---|
| D-0001 | D-0043 | D-0087 |
| D-0002 | D-0044 | D-0088 |
| D-0003 | D-0045 | D-0089 |
| D-0004 | D-0046 | D-0090 |
| D-0005 | D-0047 | D-0091 |
| D-0006 | D-0049 | D-0092 |
| D-0007 | D-0050 | D-0093 |
| D-0008 | D-0051 | D-0094 |
| D-0009 | D-0052 | D-0095 |
| D-0010 | D-0053 | D-0096 |
| D-0011 | D-0054 | D-0097 |
| D-0012 | D-0055 | D-0098 |
| D-0013 | D-0056 | D-0099 |
| D-0014 | D-0057 | D-0100 |
| D-0015 | D-0058 | D-0101 |
| D-0016 | D-0059 | D-0102 |
| D-0017 | D-0061 | D-0104 |
| D-0018 | D-0062 | D-0105 |
| D-0019 | D-0063 | D-0106 |
| D-0020 | D-0064 | D-0107 |
| D-0021 | D-0065 | D-0108 |
| D-0022 | D-0066 | D-0109 |
| D-0023 | D-0067 | D-0110 |
| D-0024 | D-0068 | D-0112 |
| D-0025 | D-0069 | D-0113 |
| D-0026 | D-0070 | D-0114 |
| D-0027 | D-0071 | D-0115 |
| D-0028 | D-0072 | D-0116 |
| D-0029 | D-0073 | D-0118 |
| D-0030 | D-0074 | D-0119 |
| D-0031 | D-0075 | D-0120 |
| D-0032 | D-0076 | D-0122 |
| D-0033 | D-0077 | D-0123 |
| D-0034 | D-0078 | D-0124 |
| D-0035 | D-0079 | D-0125 |
| D-0036 | D-0080 | D-0126 |
| D-0037 | D-0081 | D-0127 |
| D-0038 | D-0082 | D-0128 |
| D-0039 | D-0083 | D-0129 |
| D-0040 | D-0084 | D-0130 |
| D-0041 | D-0085 | D-0131 |
| D-0042 | D-0086 | D-0132 |

| | | |
|---|---|---|
| D-0133 | D-0182 | D-0225 |
| D-0134 | D-0183 | D-0226 |
| D-0135 | D-0184 | D-0227 |
| D-0136 | D-0185 | D-0228 |
| D-0137 | D-0187 | D-0229 |
| D-0138 | D-0188 | D-0230 |
| D-0139 | D-0189 | D-0231 |
| D-0140 | D-0190 | D-0232 |
| D-0141 | D-0191 | D-0233 |
| D-0142 | D-0192 | D-0234 |
| D-0143 | D-0193 | D-0236 |
| D-0146 | D-0194 | D-0237 |
| D-0147 | D-0195 | D-0238 |
| D-0148 | D-0196 | D-0239 |
| D-0149 | D-0197 | D-0240 |
| D-0150 | D-0198 | D-0241 |
| D-0152 | D-0199 | D-0242 |
| D-0153 | D-0200 | D-0243 |
| D-0154 | D-0201 | D-0244 |
| D-0155 | D-0202 | D-0245 |
| D-0156 | D-0203 | D-0246 |
| D-0157 | D-0204 | D-0247 |
| D-0159 | D-0205 | D-0248 |
| D-0161 | D-0206 | D-0249 |
| D-0162 | D-0207 | D-0250 |
| D-0163 | D-0208 | D-0251 |
| D-0164 | D-0209 | D-0252 |
| D-0165 | D-0210 | D-0253 |
| D-0166 | D-0211 | D-0254 |
| D-0167 | D-0212 | D-0255 |
| D-0168 | D-0213 | D-0256 |
| D-0169 | D-0214 | D-0257 |
| D-0170 | D-0215 | D-0258 |
| D-0171 | D-0216 | D-0259 |
| D-0173 | D-0217 | D-0260 |
| D-0175 | D-0218 | D-0261 |
| D-0176 | D-0219 | D-0262 |
| D-0177 | D-0220 | D-0263 |
| D-0178 | D-0221 | D-0264 |
| D-0179 | D-0222 | D-0265 |
| D-0180 | D-0223 | D-0266 |
| D-0181 | D-0224 | D-0267 |

| | | |
|---|---|---|
| D-0268 | D-0314 | D-0356 |
| D-0269 | D-0315 | D-0357 |
| D-0270 | D-0316 | D-0358 |
| D-0271 | D-0317 | D-0359 |
| D-0272 | D-0318 | D-0360 |
| D-0273 | D-0319 | D-0362 |
| D-0274 | D-0320 | D-0363 |
| D-0275 | D-0321 | D-0364 |
| D-0276 | D-0322 | D-0366 |
| D-0277 | D-0323 | D-0367 |
| D-0278 | D-0324 | D-0368 |
| D-0279 | D-0325 | D-0369 |
| D-0280 | D-0326 | D-0370 |
| D-0281 | D-0327 | D-0371 |
| D-0282 | D-0328 | D-0372 |
| D-0283 | D-0329 | D-0374 |
| D-0284 | D-0330 | D-0375 |
| D-0285 | D-0331 | D-0376 |
| D-0286 | D-0332 | D-0378 |
| D-0287 | D-0333 | D-0379 |
| D-0288 | D-0334 | D-0380 |
| D-0289 | D-0335 | D-0381 |
| D-0290 | D-0336 | D-0382 |
| D-0291 | D-0337 | D-0383 |
| D-0292 | D-0338 | D-0384 |
| D-0294 | D-0339 | D-0385 |
| D-0295 | D-0340 | D-0386 |
| D-0296 | D-0341 | D-0387 |
| D-0298 | D-0342 | D-0388 |
| D-0299 | D-0343 | D-0389 |
| D-0300 | D-0344 | D-0390 |
| D-0301 | D-0345 | D-0391 |
| D-0303 | D-0346 | D-0392 |
| D-0304 | D-0347 | D-0393 |
| D-0306 | D-0348 | D-0394 |
| D-0307 | D-0349 | D-0395 |
| D-0308 | D-0350 | D-0396 |
| D-0309 | D-0351 | D-0397 |
| D-0310 | D-0352 | D-0398 |
| D-0311 | D-0353 | D-0399 |
| D-0312 | D-0354 | D-0400 |
| D-0313 | D-0355 | D-0401 |

| | | |
|---|---|---|
| D-0402 | D-0450 | D-0500 |
| D-0403 | D-0451 | D-0501 |
| D-0404 | D-0452 | D-0502 |
| D-0406 | D-0453 | D-0503 |
| D-0407 | D-0454 | D-0504 |
| D-0408 | D-0455 | D-0505 |
| D-0409 | D-0456 | D-0506 |
| D-0410 | D-0457 | D-0507 |
| D-0411 | D-0458 | D-0508 |
| D-0412 | D-0461 | D-0509 |
| D-0413 | D-0462 | D-0510 |
| D-0415 | D-0463 | D-0511 |
| D-0416 | D-0464 | D-0513 |
| D-0417 | D-0465 | D-0514 |
| D-0419 | D-0468 | D-0515 |
| D-0420 | D-0469 | D-0516 |
| D-0421 | D-0470 | D-0517 |
| D-0422 | D-0471 | D-0518 |
| D-0424 | D-0473 | D-0519 |
| D-0425 | D-0474 | D-0520 |
| D-0426 | D-0476 | D-0521 |
| D-0427 | D-0477 | D-0522 |
| D-0428 | D-0478 | D-0523 |
| D-0429 | D-0479 | D-0524 |
| D-0430 | D-0480 | D-0525 |
| D-0431 | D-0481 | D-0526 |
| D-0432 | D-0482 | D-0527 |
| D-0433 | D-0483 | D-0528 |
| D-0434 | D-0484 | D-0529 |
| D-0435 | D-0485 | D-0530 |
| D-0436 | D-0487 | D-0531 |
| D-0437 | D-0488 | D-0532 |
| D-0438 | D-0489 | D-0533 |
| D-0439 | D-0490 | D-0534 |
| D-0440 | D-0491 | D-0535 |
| D-0441 | D-0493 | D-0536 |
| D-0443 | D-0494 | D-0537 |
| D-0444 | D-0495 | D-0538 |
| D-0445 | D-0496 | D-0539 |
| D-0447 | D-0497 | D-0540 |
| D-0448 | D-0498 | D-0541 |
| D-0449 | D-0499 | D-0542 |

| | | |
|---|---|---|
| D-0543 | D-0592 | D-0640 |
| D-0544 | D-0593 | D-0641 |
| D-0545 | D-0594 | D-0642 |
| D-0546 | D-0595 | D-0643 |
| D-0547 | D-0596 | D-0645 |
| D-0549 | D-0597 | D-0646 |
| D-0550 | D-0598 | D-0647 |
| D-0552 | D-0599 | D-0648 |
| D-0554 | D-0600 | D-0649 |
| D-0556 | D-0602 | D-0650 |
| D-0557 | D-0603 | D-0651 |
| D-0558 | D-0605 | D-0652 |
| D-0559 | D-0606 | D-0653 |
| D-0560 | D-0607 | D-0654 |
| D-0561 | D-0608 | D-0655 |
| D-0562 | D-0609 | D-0656 |
| D-0563 | D-0611 | D-0657 |
| D-0564 | D-0612 | D-0658 |
| D-0565 | D-0613 | D-0659 |
| D-0566 | D-0614 | D-0660 |
| D-0567 | D-0615 | D-0661 |
| D-0568 | D-0616 | D-0662 |
| D-0569 | D-0617 | D-0663 |
| D-0570 | D-0618 | D-0664 |
| D-0571 | D-0619 | D-0665 |
| D-0572 | D-0621 | D-0666 |
| D-0573 | D-0622 | D-0667 |
| D-0574 | D-0623 | D-0668 |
| D-0575 | D-0624 | D-0669 |
| D-0576 | D-0625 | D-0670 |
| D-0577 | D-0627 | D-0672 |
| D-0578 | D-0628 | D-0673 |
| D-0579 | D-0629 | D-0674 |
| D-0580 | D-0630 | D-0675 |
| D-0584 | D-0631 | D-0676 |
| D-0585 | D-0632 | D-0677 |
| D-0586 | D-0634 | D-0678 |
| D-0587 | D-0635 | D-0679 |
| D-0588 | D-0636 | D-0680 |
| D-0589 | D-0637 | D-0681 |
| D-0590 | D-0638 | D-0682 |
| D-0591 | D-0639 | D-0683 |

| | | |
|---|---|---|
| D-0684 | D-0705 | D-0733 |
| D-0685 | D-0706 | D-0735 |
| D-0686 | D-0707 | D-0736 |
| D-0687 | D-0708 | D-0737 |
| D-0688 | D-0709 | D-0738 |
| D-0689 | D-0710 | D-0739 |
| D-0690 | D-0711 | D-0740 |
| D-0691 | D-0712 | D-0741 |
| D-0692 | D-0714 | D-0742 |
| D-0693 | D-0715 | D-0743 |
| D-0694 | D-0718 | D-0744 |
| D-0695 | D-0720 | D-0745 |
| D-0696 | D-0721 | D-0746 |
| D-0697 | D-0722 | D-0747 |
| D-0698 | D-0723 | D-0748 |
| D-0699 | D-0724 | D-0749 |
| D-0700 | D-0725 | D-0750 |
| D-0701 | D-0726 | D-0751 |
| D-0702 | D-0727 | D-0752 |
| D-0703 | D-0728 | D-0753 |
| D-0704 | D-0734 | |

**FABYANSKE, WESTRA, HART
& THOMSON, P.A.**

Dated: September 30, 2025

By: *s/ Colin M. Bruns*
Robert L. Smith (#0297033)
rsmith@fwhtlaw.com

11

Colin M Bruns (#0396399)
cbruns@fwhtlaw.com
Christian D. Poppe (#0403714)
cpoppe@fwhtlaw.com
Katherine E. Seivert (#0504540)
kseivert@fwhtlaw.com
80 South 8th Street, Suite 1900
Minneapolis, MN 55402
(612) 359-7600 (Telephone)
(612) 359-7602 (Facsimile)

***Attorneys for Plaintiff REA Investments***

Dated: September 30, 2025

**DORSEY & WHITNEY LLP**

*/s/ Roxanna Gonzalez*
ROXANNA GONZALEZ, ESQ.
(#0397322)
gonzalez.roxanna@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868


**McDERMOTT WILL & SHULTE LLP**

*/s/ Jennifer L. Filippazzo*
JENNIFER L. FILIPPAZZO, ESQ.
jfilippazzo@mwe.com
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 547-5551
NY Bar No. 4095063
*Admitted Pro Hac Vice*

MELISSA R. ALVAREZ, ESQ.
malvarez@mwe.com
333 S.E. 2nd Avenue, Suite 4500
Miami, Florida 33131-4336
Tel: (305) 347-6551
FL Bar No. 0820091
*Admitted Pro Hac Vice*

***Attorneys for Defendant***
***Novel Energy Solutions, L.L.C***