UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REA INVESTMENTS, LLC,   Case No. 23-CV-1159 (PJS/JFD)

      Plaintiff,

v.   ORDER

NOVEL ENERGY SOLUTIONS, LLC,

      Defendant.

This matter is currently being tried. Because of unanticipated issues that have arisen during trial—and because the undersigned will not be available after Tuesday, October 14, 2025—the Court finds that it is necessary that trial continue on Monday, October 13. Closing arguments will begin at 8:00 am, and the Court anticipates that the jury will begin its deliberations at approximately 12:00 noon. If the jury does not reach a verdict by 4:30 pm, the jury will be excused for the day.

In light of the foregoing, the Court ORDERS the United States Marshals Service to arrange adequate security for this matter on Monday, October 13, from 7:30 am until 5:00 pm.

Dated: October 8, 2025

s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court