UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

REA INVESTMENTS, LLC,                      Case No. 23-CV-1159 (PJS/JFD)

   Plaintiff/Counter Defendant,

v.                                         ORDER

NOVEL ENERGY SOLUTIONS, LLC,

   Defendant/Counter Plaintiff.

---

Before the Court is Defendant-Counter Plaintiff Novel Energy Solutions, LLC's ("Novel") Emergency Motion to Reopen its Case in Chief [ECF No. 352]. Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Motion is DENIED.

Dated: October 11, 2025                    /s/ Patrick J. Schiltz
                                                    Patrick J. Schiltz, Chief Judge
                                                    United States District Court