UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

REA INVESTMENTS, LLC,                                  Case No. 23-CV-1159 (PJS/JFD)

    Plaintiff/Counter Defendant,

v.                                                                              ORDER FOR JUDGMENT

NOVEL ENERGY SOLUTIONS, LLC,

    Defendant/Counter Plaintiff.

---

The jury in this case having returned its verdict, IT IS HEREBY ORDERED THAT:

1. Plaintiff REA Investments, LLC ("REA") shall recover $1.00 from Defendant Novel Energy Solutions, LLC ("Novel") on its claim that Novel breached the Project Provision Agreement by failing to provide 50 megawatts of Projects to REA.

2. Novel shall recover nothing from REA on its counterclaim that REA breached the Project Provision Agreement by failing to provide tax-equity commitments to Novel.

3. Novel shall recover $1.00 from REA on its counterclaim that REA breached the implied covenant of good faith and fair dealing in the Lease Purchase Agreement by its delay in providing written notice to Novel of its decision not to proceed with the

-1-

22 leases that it withdrew from the Xcel Energy queue.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 14, 2025                  /s/ Patrick J. Schiltz
                                                         Patrick J. Schiltz, Chief Judge
                                                         United States District Court