# UNITED STATES DISTRICT COURT
## District of Minnesota

REA INVESTMENTS, LLC,

**JUDGMENT IN A CIVIL CASE**

Plaintiff/
Counter Defendant,

v.

Case Number: 23-CV-1159 (PJS/JFD)

NOVEL ENERGY SOLUTIONS, LLC,

Defendant/
Counter Plaintiff.

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:  Judgment to be entered as follows:

1. Plaintiff REA Investments, LLC ("REA") shall recover $1.00 from Defendant Novel Energy Solutions, LLC ("Novel") on its claim that Novel breached the Project Provision Agreement by failing to provide 50 megawatts of Projects to REA;

2. Novel shall recover nothing from REA on its counterclaim that REA breached the Project Provision Agreement by failing to provide tax-equity commitments to Novel; and

3. Novel shall recover $1.00 from REA on its counterclaim that REA breached the implied covenant of good faith and fair dealing in the Lease Purchase Agreement by its delay in providing written notice to Novel of its decision not to proceed with the 22 leases that it withdrew from the Xcel Energy queue.

Dated: 10/14/2025

KATIE M. FOGARTY, CLERK